IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00229-CV

 

In the
Matter of the Marriage of

Stephen
Todd Davis and Diane Stacey Davis

and in
the Interest of

D.A.D.,
Y.N.D. and M.G.D., Children,

 

 

 



From the 249th District Court

Johnson County, Texas

Trial Court No. D200106299

 



MEMORANDUM  Opinion



 

On March 31, 2008, we sent a letter to Appellant
advising him that his Appellant’s Brief was required to have been filed on or
before February 9, 2008 and that he had not done so.  We further notified
Appellant that we may dismiss his appeal for want of prosecution unless within
21 days he reasonably explained his failure to file Appellant’s Brief and the
Appellee is not significantly injured by the Appellant’s failure to timely file
a brief.  No response has been filed.

Accordingly, the appeal is dismissed.  See
Tex. R. App. P. 38.8(a)(1),
42.3(b).

                                
                                       

PER CURIAM

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal
dismissed 

Opinion delivered and filed
May 21, 2008

[CV06]